**FILED**
JUN 30 2008
Clerk, U.S. District and Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES D. MATTHEWS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 08 1150 |
| MICHAEL GAINS et al., | ) |
| Defendants. | ) |

### ORDER

Effective April 9, 2006, federal law requires a plaintiff in a civil action to pay a filing fee of $350.00. In order for the Court to consider plaintiff's motion to proceed without prepaying the $350.00 fee, plaintiff must provide the Court with <u>a certified copy of his trust fund account statement (or institutional equivalent), including the supporting ledger sheets, for the six-month period immediately preceding the filing of this complaint, obtained from the appropriate official of each prison at which plaintiff is or was confined.</u> 28 U.S.C. § 1915. On the basis of this information, the Court will determine plaintiff's ability to pay the entire $350.00 in one payment. If the Court determines that plaintiff does not have sufficient funds to pay the $350.00 at one time, an initial partial filing fee will be assessed, after which monthly payments of 20 percent of the deposits made to the plaintiff's trust fund account during the preceding month will be forwarded to the clerk of the Court each time the account balance exceeds $10.00. Payments will continue until the full filing fee is paid. Accordingly, it is hereby

ORDERED that, within thirty (30) days of this Order, plaintiff shall either provide the information described above or his case will be dismissed.

Date: 6/20/08

Ricardo M. Urbina
United States District Judge

1